STATE OF LOUISIANA     *     NO. 2024-KA-0244

VERSUS     *     COURT OF APPEAL

KENDALL GORDON     *     FOURTH CIRCUIT

              *     STATE OF LOUISIANA

              *

              *

* * * * * * *

**ERVIN-KNOTT, J., DISSENTS FOR THE REASONS ASSIGNED BY JUDGE HERMAN**